RECEIVED
NOV 1 5 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LAURA D. SLATE, ET AL. | MISC. CASE NO. 16-mc-68 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Laura D. Slate (surviving spouse), as Special Administrator and Derivative; and Ricky Slate, Danny Slate, Michael Slate, Brandon Slate, Harold Slate, Jr. and Sondra Slate, as Derivative Claimants, of the Estate of Harold Slate, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 15th day of November, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE